E-SERVED
12/09/04
05:31 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to the Following Cases:

| | |
|---|---|
| OTIS SMITHE, *Plaintiff,* v. BAYER CORPORATION, et al., *Defendants.* | Case No. 01-CV-2384 |
| SUSAN CORASIO, *Plaintiff,* v. BAYER AG, et al., *Defendants.* | Case No. 01-CV-2385 |
| ARMIN GLUCK, et al., *Plaintiffs,* v. BAYER CORPORATION, et al., *Defendants.* | Case No. 02-CV-2981 |
| EVO ROY, et al., *Plaintiffs,* v. BAYER AG, et al., *Defendants.* | Case No. 03-CV-2037 |
| COURTNEY MASON, *Plaintiff,* v. BAYER CORPORATION, et al., *Defendants.* | Case No. 03-CV-5367 |

E-SERVED 12/09/04 05:31 PM ET Baycol MDL 1431

| | |
|---|---|
| DEBRA CARALUZZI, et al.,<br>*Plaintiffs,*<br>v.<br>BAYER A.G., et al.,<br>*Defendants.* | Case No. 03-CV-5990 |
| MARY ANTEZZO,<br>*Plaintiff,*<br>v.<br>BAYER CORPORATION,<br>*Defendant.* | Case No. 03-CV-5991 |
| ANTHONY OLIVERI,<br>*Plaintiff,*<br>v.<br>BAYER CORPORATION, et al.,<br>*Defendants.* | Case No. 04-CV-0702 |
| MICHAEL GRABER,<br>*Plaintiff,*<br>v.<br>BAYER AG, et al.,<br>*Defendants.* | Case No. 04-CV-4592 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants Bayer Corporation and Bayer AG in the above-referenced actions.

E-SERVED
12/09/04
05:31 PM ET
Baycol MDL 1431

Dated: December 3, 2004.

Respectfully submitted,

Kenneth F. Baum (ct 23556)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
Telephone: (203) 498-4400
Fax: (203) 782-2889
kbaum@wiggin.com

\15201\1\502664.1

E-SERVED
12/09/04
05:31 PM ET
Baycol MDL 1431

## CERTIFICATE OF SERVICE

I, Laurie Kelly, certify that a true and correct copy was electronically served to counsel of record via Verilaw on December 9, 2004.

Laurie Kelly