**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

**This Document Relates to the Following Cases:**

**JOSEPH CARBONE, et al.**
*Plaintiff,*
v.
**BAYER CORPORATION, et al.,**
*Defendants.*

Case No. 0:04-CV-05015-MJD

**DEBRA CARALUZZI, et al.**
*Plaintiff,*
v.
**BAYER AG, et al.,**
*Defendants.*

Case No. 0:03-CV-05990-MJD

**SUSAN CORASIO**
*Plaintiffs,*
v.
**BAYER AG, et al.,**
*Defendants.*

Case No. 0:01-CV-02385-MJD

**ANTHONY OLIVERI**
*Plaintiffs,*
v.
**BAYER CORPORATION, et al.,**
*Defendants.*

Case No. 0:04-CV-00702-MJD

**ARMIN GLUCK, et al.**
*Plaintiffs,*
v.
**BAYER CORPORATION, et al.,**
*Defendants.*

Case No. 0:02-CV-02981-MJD

| | | |
|---|---|---|
| **COURTNEY MASON**<br>*Plaintiffs,*<br>v.<br>**BAYER CORPORATION, et al.,**<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>) | Case No. 0:03-CV-05367-MJD |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION

Pursuant to Local Rule 83.7(b), Kenneth F. Baum hereby gives notice of his withdrawal of appearance on behalf of Bayer Corporation and Bayer AG in the above-referenced cases. The reason for this withdrawal is that the undersigned will be leaving the firm of Wiggin and Dana LLP on January 13, 2006. Attorneys Shaun S. Sullivan and Alan G. Schwartz have previously filed appearances in these matters on behalf of Bayer Corporation and Bayer AG, and will continue to act as counsel on their behalf.

Dated: January 11, 2006.

Respectfully submitted,

Kenneth F. Baum (ct23556)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
Telephone: (203) 498-4400
Fax: (203) 782-2889
kbaum@wiggin.com

\15201\1\571092.1

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Notice of Withdrawal and Substitution was electronically filed and served on January 19, 2006.

David L. Barlett