UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Susan Corasio v. Bayer AG, et al.* Case No. 01-2385

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants that the above-captioned matter be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: 2/24/06

Frederic S. Fox
Joel B. Strauss
Laurence D. King
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22d Floor
New York, NY 10022
(212) 687-1980

*Counsel for Plaintiff*

SCANNED
MAR 02 2006
U.S. DISTRICT COURT MPLS

Dated: Feb. 24, 2006

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned matter is dismissed with prejudice.

DATED: MAR 0 2 2006

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

*Corasio*, No. 01-2385

SCANNED
MAR 0 2 2006
U.S. DISTRICT COURT MPLS